# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**RONALD MONTROSS and**
**ANNETTE MONTROSS**

        V.        CASE No.: 5:07-CV-390(FJS/GHL)

**LOGGY BAYOUR, INC.; et al.**

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Defendants HUNTING PRODUCTS RESEARCH, INC., and DICK'S SPORTING GOODS, INC. against PLAINTIFFS, and closing this case pursuant to the Memorandum-Decision and Order of the Hon. Frederick J. Scullin, Jr., filed on June 9, 2009.

DATED:    June 9, 2008

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp